[Sac. No. 2616.  In Bank.—December 22, 1916.]

WILLIAM SNYDER, Petitioner, v. J. A. PLUMMER, as
Judge of the Superior Court of San Joaquin County,
Respondent.

WRIT OF REVIEW—PRIOR APPLICATION TO DISTRICT COURT OF APPEAL—
SUBSEQUENT APPLICATION TO SUPREME COURT IS BARRED.—The denial
by the district court of appeal of a prior application to it for a writ
of review, is a bar of a new application for such writ to the supreme
court.  The only remedy of the petitioner is a petition for a hearing
in the supreme court of the district court of appeal proceeding.

REHEARING of an application to the Supreme Court for
a Writ of Review.

The facts are stated in the opinion of the court.

A. H. Carpenter, for Petitioner.

THE COURT.—In denying a rehearing it is proper to state
that the petition for a writ of review was denied because it
showed on its face a prior application to the district court of
appeal of the third appellate district, and a denial by that
court.  This barred a new application for such a writ to this
court, the only remedy of petitioner being a petition for hear-
ing in this court of the district court of appeal proceeding.